EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In Re | 2000 TSPR 127 |
|---|---|
| Medidas Judiciales para Atender Emergencias Causadas por el Huracán Debby | RESOLUCION |

Número: EM-2000-04

Fecha: 25/AGOSTO/2000

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO**Error! Bookmark not defined.**

In Re:

    Medidas Judiciales para        EM-2000-04
    Atender Emergencias Causadas
    por el Huracán Debby

RESOLUCION

San Juan, Puerto Rico a 25 de agosto de 2000

El lunes 21 de agosto de 2000, el Servicio de Meteorología del Departamento de Comercio de los Estados Unidos, emitió un aviso de huracán para Puerto Rico ante la probabilidad inmediata de que el Huracán Debby pasara sobre la Isla de Puerto Rico al día siguiente, esto es, el pasado martes, 22 del corriente. En vista de ello, el Juez Presidente decretó la suspensión de los trabajos ordinarios de la Rama Judicial y el cierre de las Secretarías de los Tribunales para los días 22 y 23 de agosto de 2000.

Como resultado de lo anteriormente expuesto, y al amparo de nuestra facultad de reglamentar los procesos judiciales en situaciones de emergencia, se extienden los términos dispuestos en las distintas Leyes y Reglamentos aplicables a los procedimientos judiciales que, de otro modo, hubieren vencidos los días 22 y 23 de agosto de 2000. A tenor con lo anterior, al computar tales términos, se aplicará lo dispuesto por el artículo 388 del Código Político de 1902, 1 L.P.R.A., sec. 72, por lo que los mencionados días 22 y 23 de agosto de 2000, tendrán el mismo efecto que los días feriados.

Se ordena la inmediata difusión de esta resolución y, además, su publicación por la Compiladora, la Oficina de Administración de los Tribunales y el Colegio de Abogados de Puerto Rico.

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

Carmen E. Cruz Rivera
Subsecretaria del Tribunal Supremo